UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
THE BRANDING GROUP, LLC,  :   Case No. 06 Civ. 1309 (DAB)
                         :
         Plaintiff,      :   ECF CASE
                         :
  -against-              :
                         :   **RULE 7.1 STATEMENT**
                         :
FABRIKANT-LEER INTERNATIONAL, LTD., :
                         :
         Defendant.      :
------------------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff The Branding Group, LLC (a private non-governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated:  New York, New York
        November 14, 2006

                                        STEMPEL BENNETT CLAMAN &
                                        HOCHBERG, P.C.

                                        By: _____
                                             David G. Tobias (DT-3284)
                                        Attorneys for Plaintiff
                                        675 Third Avenue
                                        New York, New York 10017
                                        (212) 681-6500

                                        OF COUNSEL:

                                        Michael J. Schlesinger, Esq.
                                        Law Offices of Michael J. Schlesinger, P.A.
                                        501 Brickell Key Drive, Suite 506
                                        Miami, Florida 33131